UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CONSUELO TORRES,
         **Plaintiff,**

-vs-                                   Case No. 2:11-cv-00538-FtM-UA-DNF

MICHAEL J. ASTRUE, Commissioner
of Social Security,

         **Defendant.**

## ORDER

This case is before the Court on judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's claim for Disability Insurance Benefits. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 49) and the Commissioner's Response thereto (Doc. No. 50), Plaintiff's Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 30, 2012 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to enter judgment in favor of Defendant and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of January, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record